IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 6:16CR09 |
| MICHAEL CONAWAY, | ) ) | |
| Defendant. | ) | |

## MINUTE ORDER

The above cause having come before the Court on the 24th day of August, 2016, and the following rulings having been made orally, said rulings are hereby made the judgment of the Court:

Defendant's Motion to Suppress Evidence (doc. 16) and Amended Motion to Suppress Evidence (doc. 17) are TAKEN UNDER ADVISEMENT.

Defendant's Motion to Exclude Any and All Statements Made by Defendant (doc. 15) is WITHDRAWN.

Defendant's Motion for Release of Brady Materials (doc. 13) is SATISFIED.

All other pretrial motions are MOOT.

SO ORDERED this 29TH day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA