UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR616-009 |
| | ) | |
| MICHAEL CONAWAY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The government has filed a motion for reciprocal discovery in this case. Doc. 43. The defendant, through his counsel, has indicated to the Clerk that he has no opposition to the motion. Accordingly, the motion is **GRANTED**.

**SO ORDERED**, this 26th day of October, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA