# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) | CR616-009 |
| MICHAEL CONAWAY, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Referred to the undersigned is defendant Michael Conaway's motion in limine. Doc. 52. The Government has indicated in its response, doc. 53 at ¶ 1, that it will not introduce the prior act in its case in chief. Defendant Michael Conaway's motion (doc. 52) is, therefore, **DENIED** as moot.

**SO ORDERED**, this 31st day of October, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA