AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT OF ACQUITTAL** |
| V. | |
| MICHAEL CONAWAY | CASE NUMBER: CR 616-9 |

On November 2, 2016 the jury found the Defendant not guilty of Possesion of a Firearm by a Convicted Felon pursuant to 18 U.S.C. § 922(g). IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated for the above styled action.

_[signature]_

Signature of Judge

Lisa Godbey Wood — Chief Judge
Name of Judge — Title of Judge

November 16, 2016
Date



FILED U.S. DISTRICT COURT SAVANNAH DIV. 2016 NOV 17 AM 10:59 CLERK SO. DIST. OF GA.